**No. 10-5428. In re Lester Jon Ruston, Petitioner.**

562 U.S. 826, 131 S. Ct. 295, 178 L. Ed. 2d 258, 2010 U.S. LEXIS 7720.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis

denied, and petition for writ of habeas corpus dismissed. See Rule 39.8.